

# Fourth Court of Appeals
## San Antonio, Texas

November 9, 2015

No. 04-15-00500-CV

**IN THE BEST INTEREST AND PROTECTION OF S.W.,**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2596
Kelly Cross, Judge Presiding

No. 04-15-00505-CV

**THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF S.W.**

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2015-MH-2544
Kelly Cross, Judge Presiding

# O R D E R

On September 22, 2015, this court granted appellant's motions to consolidate these appeals and for an extension of time to file a brief. The appellant's briefs were originally due to be filed on September 7, 2015, and September 8, 2015, respectively. The order extended the deadline to file the brief to October 8, 2015. On October 22, 2015, this court issued a subsequent order directing appellant's attorney to show cause in writing by November 2, 2015, why these appeals should not be dismissed for want of prosecution.

On November 6, 2015, appellant's appointed attorney, Mr. Michael S. Raign, filed a response and a final motion for extension of time to file the brief, stating he had experienced computer issues. The motion is GRANTED. It is ORDERED that Mr. Raign file appellant's brief in these appeals no later than November 9, 2015. If appellant's brief is not filed by that date, these appeals will be abated to the trial court for an abandonment hearing, and the trial court will be asked to consider whether sanctions against Mr. Raign are appropriate.

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of November, 2015.

_____
Keith E. Hottle
Clerk of Court